Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Jill A. Benjamin, State Bar No. 219395
E-Mail: jbenjamin@hurrellcantrall.com
Lisa Y. An, State Bar No. 242918
E-Mail: lan@hurrellcantrall.com
HURRELL CANTRALL LLP
660 South Figueroa Street, 21st Floor
Los Angeles, California 90017-3442
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants DEPUTY ANTHONY EAGAR, served herein as DEPUTY EAGARS, DR. SHOHREH GHAEMIAN, served herein as DR. GHAIMEAN, DEPUTY STEVE FERNANDEZ, served herein as DEPUTY FERNANDEZ, SERGEANT ELIZABETH DUNCAN, served herein as SERGEANT DUNCAN, and SHERIFF LEE BACA, served herein as LEE BACA, SHERIFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAWNE FLETCHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEE BACA, SHERIFF, DEPUT(S), FERNANDEX, AGUILAR, EAGARS, DOES 1-8, sgt. Duncan, DR. GHAIMEAN, ET & al,<br><br>　　　　Defendants. | CASE NO. CV07-4180-FMC (JC)<br><br>**REQUEST FOR DECISION ON SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.2**<br><br>Case Filed 6/26/07<br><br>Assigned to Judge Florence-Marie Cooper, Courtroom "750"<br><br>Trial Date:　　None |

TO THIS HONORABLE COURT:

Pursuant to Local Rule 83-9.2 of the United States District Court, Central District of California, counsel of record Thomas C. Hurrell, Esq., Jill A. Benjamin, Esq. and Lisa Y. An, Esq., for defendants DEPUTY ANTHONY EAGAR, served herein as DEPUTY EAGARS, DR. SHOHREH GHAEMIAN, served herein as DR. GHAIMEAN, DEPUTY STEVE FERNANDEZ, served herein as DEPUTY FERNANDEZ, SERGEANT ELIZABETH DUNCAN, served herein as

1 SERGEANT DUNCAN, and SHERIFF LEE BACA, served herein as LEE BACA,
2 SHERIFF hereby submit a request that this Honorable Court render its decision on
3 Defendants' Motion for Summary Judgment, or in the alternative, for Summary
4 Adjudication or Partial Summary Judgment of Plaintiff's Claims which was filed on
5 June 17, 2008 and deemed submitted on August 1, 2008.
6     Plaintiff SHAWNE FLETCHER is in custody and not represented by counsel.
7 Honorable Judge Jacqueline Chooljian ordered on January 23, 2008 in the operative
8 Amended Case Management and Scheduling Order that any Local Rules requiring
9 meeting and conferring between counsel prior to the filing of any motions are
10 waived due to plaintiff's status as a *pro se* inmate.
11     Local Rule 83-9.2 provides as follows:

> **Duty of Counsel.** If the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel shall, within 130 days after the matter is submitted for decision, file with the Court a joint request that such decision be made without further delay. A copy of such request shall be sent to the Chief Judge.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

120508 LR 83.9-2 Req for Ruling MSJ.doc      -2-

| | |
|---|---|
| 1 | Counsel for defendants submit this request to comply with Local Rule 83- |
| 2 | 9.2. |

DATED: December 9, 2008      Respectfully submitted,

HURRELL CANTRALL LLP

By: _____
THOMAS C. HURRELL
JILL A. BENJAMIN
LISA Y. AN
Attorneys for Defendants DEPUTY ANTHONY EAGAR, served herein as DEPUTY EAGARS, DR. SHOHREH GHAEMIAN, served herein as DR. GHAIMEAN, DEPUTY STEVE FERNANDEZ, served herein as DEPUTY FERNANDEZ, SERGEANT ELIZABETH DUNCAN, served herein as SERGEANT DUNCAN, and SHERIFF LEE BACA, served herein as LEE BACA, SHERIFF

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 660 South Figueroa Street, 21st Floor, Los Angeles, California 90017-3442.

On December 9, 2008, I served true copies of the following document(s) described as **REQUEST FOR DECISION ON SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.2** on the interested parties in this action as follows:

Shawne Fletcher   **Plaintiff, Pro Se**
Booking No. 1576797
CDC # E-92169
CTF-Inmate Mail
Correctional Training Facility
Highway 101 North
Soledad, CA 93960

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hurrell Cantrall's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 9, 2008, at Los Angeles, California.

Diane Neff