UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAWNE FLETCHER
    PLAINTIFF,

VS.

LEE BACA, ET&AL.

CASE NO. CV07-4180FMC(JC)

DECLARATION OF SHAWNE FLETCHER IN SUPPORT OF VIDEO INTERVIEW OF PLAINTIFF, RECIEVED FROM THE DEFENSE (I.E) PRODUCTION OF DOCUMENTS.

I, SHAWNE FLETCHER, DECLARE:

1. I'AM A PLAINTIFF IN THE SAID MATTER AND THAT THE DECLARATION IS MADE BY A PERSON WHO IS OF THE AGE TO PROCEED AS A ADULT. ALSO THE FACTS SET FORTH HEREIN ARE OF MY OWN PERSONEL KNOWLEDGE AND IF SWORN I COULD AND WOULD TESTIFY COMPETENTLY THERETO.

2. PLAINTIFF, WILL NARRATE THE STORY AS FOLLOWS.

3. I WAS IN LINE FOR PILL CALL WITH MY HANDS IN MY POCKET FACING THE WALL, LOOKING AT THE WALL.

4. I WAS TOLD TO STEP BACK, AND TO PLACE MY HANDS BEHIND ME. I ASKED WHAT? DID I DO ANYTHING??.

5. THE DEPUTY(STEVE FERNANDEZ) STATED "NO I'AM GOING TO SEARCH YOU, I HAVE THE RIGHT TO SEACH YOU, AND EVERYBODIELSE.

6. I SAID WHAT DID I DO, WAS LOOKING AT THE WALL, WITH MY HANDS IN MY POCKETS. HE STATED, "WHAT ARE YOU TRIPPING OFF OF??

7. I STATED NOTHING IN REPLY, I COMPLIED AND HE BEGAN TO SEARCH ME.

1. AND THEN THREW MY SHOES BACK AT ME AS I WAS WALKING BACK TO THE WALL.
7. HE THEN WALKED UP ON ME FROM THE SIDE AND SQUEZZED MY FINGERS.I THEN SAID"WHY ARE YOU SQUEZING MY FINGERS  FOR??
8. I WAS THEN PUSHED FROM BEHIND TOWARD THE WALL AND I WAS SPOKEN TO AND INSTRUCTED BY ANOTHER OFFICER TO PUT MY HANDS INMY PANTS AND TO SHUT THE FUCK UP.ALL THE TIME DEPUTY STEVE FERNANDEZ WAS BEHIND ME.
9. ALL OF A SUDDEN I WAS PUSHED AGAIN FROM BEHIND ,THE OFFICER TRIED TO PUSH MY HEAD INTO THE WALL,BUT I PUT MY CHEST OUT FIRST AND TURNED MY HEAD.
10. I THEN WAS YANKED FROM BEHIND,OFF THE WALL.I WAS THEN STRUCK BY DEPUTIES FROM EVERY DIRECTION.
11. SGT DUNCAN SAID THAT SHE WAS NOT PRESENT DURING THE BEATING,BUT OTHER INMATES SAW HER AS WELL AS I DID.DEPUTY EAGAR WAS TALKING TO DEPUTY FERNANDEZ IN THE MIDDLE OF THE HALL,THAT MORRNING .I NOTICED HIM BECAUSE HE WAS FEELING ON INMATES(BUFF BLACK INMATES) THE 16TH OF JUNE,2006,
12.SGT. DUNCAN DESCRIBED ME AS BEAR HUGGIN A DEPUTY.SAYING"DID YOU NOT PRETTY MUCH BEAR HUG THIS DEPUTY?'",THIS IS DURING THE INTERVIEW
13. I STATED "ARE YOU ASKING ME,WERE YOU THERE??"THEN LT H. REYES SAID,"JUST TELL US WHAT YOU REMEMBER"
14. I DECLARE ,AND SWEAR THAT BOTH DEPUTY EAGAR AND SGT. E. DUNCAN, WERE PRESENT DURING THE WHOLE ENTIRE THING(MEANING THE BEATING)
15.I NEVER HIT ANY BODY,OR SWUNG AT NO ONE,I GOT INTO PRONE POSITION AND WAS STILL KICKED AND STOMPPED ,PUNCHED KNEED,ECT.
16. TIME (4:08) ON THE INTERVIEW C/D"DID YOU BREAK FREE FROM THE DEPUTIES HOLD?",NO I GOT STOMPPED,ENTIL THEY,I COULD NOT BREATH THEY PEPPERD SPRAYED ME WHEN I COULD'NT BREATH TOO,
17. I WAS THEN ASKED"DID YOU BREAK FREE FROM THE DEPUTY AND BEAR HUG

A DEPUTY AND THEN PEN HIM TO THE WALL"?"IDON'T EVEN REMEMBER THAT!!.

18. (4:19) "SO YOU DONT REMEMBER?MY REPLY WAS ",I WAS GETTING SOCKED AS SOON AS THEY YANKED ME FROM THE WALL.

19. I WAS THEN ASKED DID YOU SPIT ON A DEPUTY(S).?I REPLIED"SPIT!!!, I WAS BLEEDING ,I COULD'NT EVEN BREATH.

20. SGT. DUNCAN ASKED ME "DID YOU CONTINUE TO FIGHT THE DEPUTIES AFTER THEY LET ME UP??.MY REPLY WAS"I COULD'NT BREATH,NO I DID'NT DID THE DEPUTIES NOT TELL YOU TO STOP FIGHTING THEM??(4:58)"HOW AM I GOING TO FIGHT WITH MY LEGS AND ARMS ARE SPREAD OUT WITH DEPUTIES O ON TPO OF ME.",HOW CAN I RESIST WHEN I WAS IN PRONE POSITION,FACE DOWN,AND EVERBODIES ONMY BACK,ALL YA'LL WEIGH TEN TIMES MORE THAN ME I DON'T EVEN WANT NO PROBLEM WITH THE DEPUTIES THATS WHY I WAS FACING THE WALL.

21 THE LT. HENERY REYES STATED THAT I MAY HAVE HIT MY BODY ON THE FLOOR- OR WALL,WHEN IN ALL ACTUALLITY I WAS HIT BY DEPUTY PERSONELL FOR NO REASON AT ALL.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT,PLAINTIFF RESPECTFULLY SUBMITS THIS DECLARATION ON FEBRUARY 14,2009, AT SOLEDAD,CALIFORNIA

*[signature]*

# DECLARATION OF SERVICE BY MAIL

CASE NAME: Shawne Fletcher vs Lee Baca

CASE NO.: CV07-4180-FMC(JC)

I, Shawne Fletcher, declare that I am over the age of eighteen (18) years; I am/am not a party to the attached action; I served the attached document entitled: Set 2 of Interrs. To Def./5th Question/Affidavit Hearing/Decl of Shawne Fletcher in Support of Video/Request for Interventions/Production of Doc PER F.R.C.P. 27/56 Relevant Sub mot Plaintiff's Request Prod of Doc /Set (2) Plaintiffs Request for Production of Doc Request for Admission /Def DR Catterman /Assisting /Prod of Doc ACLU /Custod of Rec. on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate legal mail addressed as follows:

Hurrell Cantrall  
660 S. Figueroa Street. 21st Floor  
Los Angeles CA 90012

United States District Court  
Office of the Clerk  
U.S. Courthouse Room # G8  
LA CA 90012

There is First Class mail delivery service by the United States Post Office between the place of mailing and the addresses indicated above. I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that I executed this service this 16 February day of February, 2009, in Soledad, CA.

Shawne Fletcher  
Declarant