1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNE FLETCHER, ) | Case No. CV 07-4180 JHN(JC) |
| ) | |
| Plaintiff, ) | ORDER ADOPTING FINDINGS, |
| ) | CONCLUSIONS, AND |
| v. ) | RECOMMENDATIONS OF |
| ) | UNITED STATES MAGISTRATE |
| LEE BACA, et al., ) | JUDGE |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed: (1) the First Amended
Complaint; (2) the Motion for Summary Judgment, or in the Alternative, for
Summary Adjudication or Partial Summary Judgment  ("Summary Judgment
Motion"), plaintiff's Response and Opposition to the Summary Judgment Motion[1]
and plaintiff's February 26, 2009 "Motion for an Extention [sic] of Time"
(collectively "Rule 56(f) Requests"), the Reply, all of the other documents
submitted by the parties in connection with the foregoing matter; (3) defendant Lee

_____

[1]Plaintiff's Response is entitled:  "In Re: Defendants['] Motion for Summary Judgment,
or in the Alternative Summary Adjudication or Partial Summary Judgment; Plaintiff's Request to
the Court of F.R.C.P. Rule 56(f)."  Plaintiff's Opposition is entitled: "Plaintiff[']s Answer to the
Defendants' Support Motion Concerning Plaintiff's Plea for F.R.C.P. 56(f)."

1

1  Baca's Motion to Dismiss the First Amended Complaint ("Motion to Dismiss"),

2  plaintiff's Opposition thereto, and defendant Baca's Reply; and (4) all of the

3  records herein, including the attached Report and Recommendation of United

4  States Magistrate Judge ("Report and Recommendation") and defendants'

5  objections to the Report and Recommendation ("Objections").  The Court has

6  further made a *de novo* determination of those portions of the Report and

7  Recommendation to which objection is made.  The Court concurs with and adopts

8  the findings, conclusions, and recommendations of the United States Magistrate

9  Judge, except that, as noted in the Objections which are sustained, the proper party

10  to substitute in as a defendant is the County of Los Angeles, rather than the City of

11  Los Angeles.

12         IT IS HEREBY ORDERED:   (1) Plaintiff's Rule 56(f) Requests are denied;

13  (2) the Summary Judgment Motion is granted to the extent it seeks summary

14  judgment in favor of defendant Baca in his individual capacity; (3) the Motion to

15  Dismiss is granted to the extent it seeks dismissal of the First Amended Complaint

16  against defendant Baca in his official capacity; (4) the County of Los Angeles is

17  substituted in as a defendant in the stead of defendant Baca in his official capacity;

18  and (5) the County of Los Angeles shall file a response to the First Amended

19  Complaint as directed by the United States Magistrate Judge.

20         IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

21  the Report and Recommendation on plaintiff and on defendants' counsel.

22         IT IS SO ORDERED.

23         DATED: December 6, 2010

24

25  _____

26  HONORABLE JACQUELINE H. NGUYEN
    UNITED STATES DISTRICT JUDGE

27

28