UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWNE FLETCHER, | ) | Case No. CV 07-4180 JHN(JC) |
| Plaintiff, | ) ) | (PROPOSED) |
| v. | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| LEE BACA, et al., | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| Defendant. | ) ) | JUDGE |
| _____ | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

    IT IS HEREBY ORDERED that this action is dismissed without prejudice as against defendants H. Reyes, Campbell and Brown and that Judgment be entered accordingly.

    IT IS FURTHER ORDERED that: (1) Judgment be entered in favor of defendant Los Angeles Sheriff's Department ("LASD") Sheriff Lee Baca in his individual capacity; and (2) Judgment be entered dismissing this action without prejudice as against all other remaining defendants – the County of Los Angeles, LASD Deputies Fernandez, Eagar, J. Aguilar, De La Torre, Lavan, Kennedy,

...

E. Aguirre and Clinkingbird, LASD Sergeant Duncan, and Doctors Agustines, Enriquez, Wilmore and Ghaemian.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Judgment and the United States Magistrate Judge's Report and Recommendation on the parties to this action.

    IT IS SO ORDERED.

    DATED: May 3, 2012

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE