UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWNE FLETCHER, | ) | Case No. CV 07-4180 JHN(JC) |
| Plaintiff, | ) ) | (PROPOSED) |
| v. | ) ) | JUDGMENT |
| LEE BACA, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) Judgment be entered in favor of defendant Los Angeles Sheriff's Department Sheriff Lee Baca in his individual capacity; and (2) Judgment be entered dismissing this action without prejudice as against all other defendants – the County of Los Angeles, Fernandez, Eagar, J. Aguilar, De La Torre, Lavan, Kennedy, E. Aguirre, Clinkingbird, Duncan, Agustines, Enriquez, Wilmore, Ghaemian, H. Reyes, Campbell and Brown.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 3, 2012

_____
HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE